

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2007

**By Facsimile**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/07

        Re:   United States v. Calvin Swen and Charles Blamo
              07 Cr. 462 (LAP)

Dear Judge Preska:

        A pre-trial conference in this case is scheduled for
Monday, October 29, 2007, at 9:30 p.m.  At the last conference,
counsel for the defendant was relieved, and the defendant was
given time to find a new lawyer.  He has retained a new lawyer.
New counsel for the defendant and the Government have discussed a
potential disposition for this case, but both parties need
additional time to discuss this.  Further, the co-defendant,
Charles Blamo, was recently arrested in Georgia, and is being
removed to this district by the United States Marshals Service.
For these reasons, the parties jointly request that the
conference scheduled for October 29, 2007, be adjourned to
November 15, 2007, at 11:30 a.m., a date provided by Your Honor's
Deputy.  At that conference, the parties expect to either have
reached a disposition, or be ready to set a date for trial.

        If the Court grants this request, then the Government
respectfully requests that the Court exclude time from October
29, 2007, until November 15, 2007, pursuant to the Speedy Trial
Act, Title 18, United States Code, Section 3161(h)(8)(A).  The
ends of justice served by such continuance outweigh the interest
of the public and the defendant in a speedy trial because the
continuance will allow the defendant time to have any appropriate

SO ORDERED

*Loretta A. Preska*                    *October 30, 2007*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Hon. Loretta A. Preska
October 26, 2007
Page 2

discussions regarding a possible disposition of this case.
Counsel for defendant consents to this request for the exclusion
of time.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                    By:    _____
                              Todd Blanche
                              Assistant U.S. Attorney
                              (212) 637-2494
                              (212) 637-2937 (facsimile)


cc:  John Murphy, Esq.
     Attorney for Defendant
     (by facsimile)