# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

Tel: (212) 571-5500
Fax: (212) 571-5507

November 14, 2007

**BY FACSIMILE**

Honorable Loretta A. Preska
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

Re: United States v. Charles Blamo
    07 Cr. 462 (LAP)

Dear Judge Preska:

I am the attorney for Mr. Blamo in the above-referenced matter which was rescheduled for a status conference from November 15, 2007 to December 7, 2007. I write to propose a bail package to your Honor which has been consented to by AUSA Blanche who represents the government in this case. The proposed bail package requires Mr. Blamo to surrender his passport and sign an unsecured bond for $100,000.00 to be cosigned by his wife Doris Blamo and his brother Eban Davis. Mr. Blamo's cosigners are expected to be interviewed by AUSA Blanche tomorrow to determine if they are acceptable cosigners. In addition, Mr. Blamo's travel will be restricted to the district surrounding Atlanta Georgia where he lives, the Southern District of New York, and the areas in between only during the time he travels to meet with his attorney or for court appearances.

Please contact my office if this proposal is acceptable to your Honor or if you have any questions so that we can arrange to have Mr. Blamo released as soon as possible.

*The above is approved.*
*So ordered*
*Loretta A. Preska*
*November 15, 2007  USDJ*

Respectfully submitted,

David Stern

cc: AUSA Todd Blanche