

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

<u>By Facsimile</u>

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: <u>United States v. Charles Blamo</u>
        07 Cr. 462 (LAP)

Dear Judge Preska:

    Your Honor approved a bail package today for the above-named defendant. This package was consented to by the parties. One of conditions was that the bond be secured by two co-signors, including the defendant's mother and brother. The brother who is prepared to sign the bond is Anthony Blamo, rather than Eban Davis, who is the name originally proposed to the Court.

    Therefore, the parties respectfully request that the conditions be modified as follows: replace the name "Eban Davis" with the name "Anthony Blamo."

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
November 15, 2007

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Todd Blanche
Assistant U.S. Attorney
(212) 637-2494
(212) 637-2937 (facsimile)